No. 94–676. WILLIAMS ET AL. *v.* PHILLIPS PETROLEUM CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–685. MURPHY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–686. ZABKAR *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–687. ROSS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–698. SHADIAN ET UX. *v.* CARMENITA ASSOCIATES. C. A. 9th Cir. Certiorari denied.

No. 94–707. FULLER *v.* PERRY, SECRETARY OF DEFENSE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–710. OKON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 94–711. UNITED MINE WORKERS OF AMERICA, DISTRICT 28 *v.* ISLAND CREEK COAL CO. C. A. 4th Cir. Certiorari denied.

No. 94–722. CONKLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–726. CLARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–727. HEYWARD *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–736. RICHARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–740. WILSON *v.* CENTRAL FREIGHT LINES, INC. C. A. 5th Cir. Certiorari denied.

No. 94–758. MOBILE MEDEX, INC. *v.* BRAMUCCI, COMMISSIONER OF LABOR OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.